AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  6:21-MJ-00022-MK |
| DEVEN RICHARD DEARING | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEVEN RICHARD DEARING  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Attempted Sexual Exploitation of a Child in violation of 2251(a) and (e)

Transportation of a Minor with Intent to Engage in Criminal Sexual Activity in violation of 18 U.S.C. § 2423(a)

Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1)

Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

Date:  January 25, 2021

*Issuing officer's signature*

City and state:   Eugene, Oregon          Mustafa T. Kasubhai, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*