Kurt David Hermansen, CA Bar 166349
Assistant Federal Public Defender
859 Willamette Street, Suite 200
Eugene, OR 97401
Kurt_hermansen@fd.org
(541) 465-6937 (telephone)
(541) 465-6975 (facsimile)

Attorney for Defendant

United States District Court
District of Oregon

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Deven Richard Dearing,<br><br>Defendant. | No. 6:21-cr-00136-AA<br><br>**Defendant's First Amended Sentencing Exhibits**<br><br>Sentencing Hearing: January 5, 2023, at 9:00 am via video conference |

Deven Dearing submits the following letters in support of his sentencing recommendation to the Court:

Ex. **A** — letter from Harve Dearing (father)

Ex. **B** — letter from Sierra Dearing (sister)

Page 1 — Defendant's First Amended Sentencing Exhibits

**Ex. C** — letter from Sheila Dearing Grissom (grandmother)

**Ex. D** — letter from Daniel Norlund (friend)

**Ex. E** — letter from Onita Nolen (grandmother)

**Ex. F** — letter from Tabatha Chapman (cousin)

Personal identifying information has been redacted to allow for public filing.

Respectfully submitted on December 28, 2022.

*s/ Kurt D. Hermansen*
Kurt D. Hermansen
Assistant Federal Public Defender
